NUMBER 13-00-187-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


___________________________________________________________________


RAQUEL FLORES CISNEROS
, Appellant,


v.



JOSE ANGEL CISNERO
S, Appellee.

___________________________________________________________________


On appeal from the 103rd District Court 


of Cameron County, Texas


___________________________________________________________________


O P I N I O N



Before Chief Justice Seerden and Justices Rodriguez and

Kennedy(1)

Opinion Per Curiam



 Appellant, RAQUEL FLORES CISNEROS, attempted to perfect an
appeal from a judgment entered by the 103rd District Court of Cameron
County, Texas, in cause number 98-12-4868-D. Judgment in this
cause was signed on November 16, 1999. A timely motion for new trial
was filed on December 2, 1999. Pursuant to Tex. R. App. P. 26.1(a),
appellant's notice of appeal was due on February 14, 2000, but was not
filed until February 23, 2000. 

 Notice of this defect was given so that steps could be taken to
correct the defect, if it could be done. Appellant was advised that, if the
defect was not corrected within ten days from the date of receipt of this
Court's letter, the appeal would be dismissed. To date, no response
has been received from appellant.

 Additionally, on April 5, 2000, appellant was advised that she was
delinquent in remitting the $125.00 filing fee. Notice was given that,
unless the filing fee was paid within ten days from the date of receipt
of this Court's notice, the appeal would be dismissed pursuant to Tex.
R. App. P. 42.3(c). To date, appellant has failed to pay the filing fee.

 The Court, having examined and fully considered the documents
on file, appellant's failure to timely perfect his appeal, appellant's failure
to remit the filing fee, and appellant's failure to respond to this Court's
notices, is of the opinion that the appeal should be dismissed for want
of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

 PER CURIAM


Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 15th day of June, 2000.

1. Retired Justice Noah Kennedy assigned to this Court by the Chief
Justice of the Supreme Court of Texas pursuant to Tex.Gov't Code Ann.
§ 744.003 (Vernon 1998).